**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Joseph Mangioni, individually and on behalf of, all other similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 11-cv-08842 |
| v. ) ) | Judge Der-Yeghiayan |
| Midland Credit Management, Inc., a Kansas corporation, and ) ) | Magistrate Judge Keys |
| Midland Funding, LLC, a Delaware limited liability company, ) ) ) | |
| Defendants. ) | |

**JOINT NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days. The parties request that all briefing schedules for all motions be stayed in anticipation of their filing the stipulation of dismissal.

Date: April 3, 2012         Respectfully submitted,

**MIDLAND FUNDING, LLC
MIDLAND CREDIT MANAGEMENT, INC.**

By: /s/ Theodore W. Seitz
Attorneys for Defendants
Theodore W. Seitz (tseitz@dykema.com)
Amy R. Jonker (ajonker@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

**Plaintiff Joseph Mangioni**

By: /s/ David J. Philipps

Attorneys for Plaintiff
David J. Philipps (DavePhilipps@aol.com)
Mary E. Philipps (MEPhilipps@aol.com)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, IL 60465

James S. Shedden (jshedden@lawsds.com)
Tony Kim (tkim@lawsds.com)
Schad, Diamond & Shedden, P.C.
332 South Michigan Avenue
Suite 1000
Chicago, IL 60604

CHICAGO\3538999.2
ID\ARJ - 097356/0123