IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Joseph Mangioni, individually and on Behalf of all others similarly situated,<br>    Plaintiff, | )<br>)<br>)<br>) | |
| v. | ) | No. 11 C 8842 |
| | ) | |
| Midland Credit Management, Inc., a Kansas corporation, and Midland Funding, LLC,<br>    Defendants. | )<br>)<br>)<br>)<br>) | Judge Der-Yeghiayan |

## STIPULATION OF DISMISSAL

The parties, having reached a settlement of Plaintiff's individual claims, hereby stipulates to the dismissal of his individual claims with prejudice, and as to the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 10, 2012

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

One of Defendants' Attorneys

/s/ Theodore W. Seitz_____
Theodore W. Seitz (MI Bar No. P60320)
Dykema Gossett, PLLC
Capital View, 201 Townsend Street
Suite 900
Lansing, Michigan 48933

The foregoing stipulation is hereby approved and this action is hereby dismissed with prejudice and the claims of the putative class members without prejudice.

Dated: _____

ENTERED:

_____
Judge Samuel Der-Yeghiayan
United States District Court

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 10, 2012, a copy of the foregoing **Stipulation of Dismissal** was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Theodore W. Seitz          tseitz@dykema.com
Dykema Gossett, PLLC
Capital View
201 Townsend Street
Suite 900
Lansing, Michigan 48933

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com