# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8842 | **DATE** | 4/13/2012 |
| **CASE TITLE** | Joseph Mangioni vs. Midland Credit Management, Inc., et al. | | |

**DOCKET ENTRY TEXT**

The parties having stipulated to the agreed dismissal of this action, this case is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members. Each party to bear its own costs and fees. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|